# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00054-CV

### C.D. Henderson Construction Services Ltd., Appellant

### v.

### Stripe-A-Zone Inc., Appellee

---

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-10-000196, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

---

## NO. 03-10-00055-CV

### C.D. Henderson Construction Services Ltd., Appellant

### v.

### Ranger Excavating L.P., Appellee

---

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-10-000194, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

---

## NO. 03-10-00056-CV

### C.D. Henderson Construction Services Ltd., Appellant

### v.

### The Overton Company, Appellee

---

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-10-000195, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## NO. 03-10-00057-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**All Seasons Waterproofing & Restoration Inc., Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT NO. D-1-GN-10-000197, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

## NO. 03-10-00058-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**Wellsco Enterprises Inc., Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT NO. D-1-GN-10-000181, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

## NO. 03-10-00465-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**Whiting Systems Inc., Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT NO. D-1-GN-10-002254, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

## NO. 03-10-00466-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**Moore Contracting, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-GN-10-002255, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

## NO. 03-10-00467-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**Hull Supply Company Inc., Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
NO. D-1-GN-10-002256, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

## NO. 03-10-00468-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**Fuquay Inc., Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
NO. D-1-GN-10-002257, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

## NO. 03-10-00483-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**Dumas Hardware Company, Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
NO. D-1-GN-10-002366, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

---

## NO. 03-10-00484-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**Gaffey, A Division of Crane Equipment & Service Inc., Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
NO. D-1-GN-10-002367, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

---

## NO. 03-10-00485-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**Carlton-Bates Company, Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
NO. D-1-GN-10-002368, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

4

## NO. 03-10-00486-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**Raintree Construction Inc., Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
NO. D-1-GN-10-002400, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

---

## NO. 03-10-00487-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**Tess Inc. d/b/a Internal Control Systems, Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
NO. D-1-GN-10-002482, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

---

## NO. 03-10-00488-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**Clean Air Technologies Inc., Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
NO. D-1-GN-10-002483, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

## NO. 03-10-00489-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**Hagler & Kerr L.L.C., Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
NO. D-1-GN-10-002484, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

## NO. 03-10-00490-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**L & O Electric Inc., Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
NO. D-1-GN-10-002562, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

## NO. 03-10-00491-CV

**C.D. Henderson Construction Services Ltd., Appellant**

**v.**

**Tejas Glass Inc. d/b/a Texas Glass, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-GN-10-002563, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

# MEMORANDUM OPINION

**PER CURIAM**

Appellant C.D. Henderson Construction Services Ltd. has filed motions requesting that these eighteen related appeals be abated for purposes of settlement discussions. With the exception of Whiting Systems Inc., the appellees do not oppose these motions. We grant the motions and abate the appeals. All appellate deadlines will be tolled during the period of abatement. Absent further order of this Court, these appeals will be automatically reinstated on December 10, 2010. The parties are directed to file either a status report or a motion to dismiss by that date.

Before Justices Patterson, Waldrop and Henson

Abated

Filed:   September 10, 2010